# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PROSERV REMOVAL, INC.**, on behalf of itself and all others similarly situated,<br><br>*Plaintiff*,<br>v.<br><br>**CRYSTEEL MANUFACTURING, INC.**,<br><br>*Defendant.* | Case No. 2:20-cv-02331-JDW |

## ORDER

**AND NOW**, this 18th day of December, 2020, upon consideration of Defendant Crysteel Manufacturing, Inc.'s Motion to Dismiss (ECF No. 8), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED**, and Plaintiff's claims against Crysteel are **DISMISSED**.

The Clerk of Court shall mark this case closed for statistical purposes.

**BY THE COURT**:

*/s/ Joshua D. Wolson*
HON. JOSHUA D. WOLSON
United States District Judge